1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELISSA K. B. SLADDEN (CSBN 203307)
   Assistant United States Attorney
4     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
5     Telephone: (415) 436-6962
      FAX: (415) 436-6748
6     melissa.k.brown@usdoj.gov

7  Attorneys for Defendants

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11

12 THOMAS KENNEDY HELM IV,         )   No. CV 10-4634 RS
                                   )
13       Plaintiff,                )   **STIPULATION AND [PROPOSED]**
                                   )   **ORDER TO EXTEND TIME FOR**
14    v.                           )   **FEDERAL DEFENDANT TO FILE A**
                                   )   **RESPONSIVE PLEADING AND/OR**
15 UNITED STATES OF AMERICA,       )   **ANSWER**
                                   )
16       Defendant.                )
                                   )
17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FEDERAL DEFENDANT TO FILE
RESPONSIVE PLEADING AND OR ANSWER -CV 10-4634 RS

1  The plaintiff, Thomas Kennedy Helm IV, ("Plaintiff") and the federal defendant United States Department of Labor ("Federal Defendant")[1] by and through their counsel stipulate to the following:

WHEREAS, Plaintiff has filed this action pursuant to the Freedom of Information Act, Title 5 U.S.C. § 552 *et seq*. ("FOIA"), seeking the disclosure of records;

WHEREAS, the Federal Defendant's responsive pleading is currently due on November 15, 2010;

WHEREAS, the Federal Defendant expects to begin the rolling production of some of the records requested by Plaintiff consistent with FOIA within the next thirty days;

WHEREAS, the Federal Defendant seeks additional time to prepare a responsive pleading and or answer;

ACCORDINGLY, the parties agree and stipulate as follows:

The parties agree that the Federal Defendant shall have until December 15, 2010 to file a responsive pleading in this action.

So Stipulated.

DATED: November 10, 2010               Respectfully submitted,

                                        MELINDA HAAG
                                        United States Attorney

                                         /s/ Melissa Sladden
                                        _____
                                        MELISSA BROWN SLADDEN
                                        Assistant United States Attorney

DATED: November 10, 2010

                                        MOIRA DUVERNAY
                                        Law Offices of Amitai Schwartz

                                        /s/ Moira Duvernay
                                        _____
                                        MOIRA DUVERNAY
                                        Attorney for the Plaintiff

---

[1] The Federal Defendant is specially appearing for the purposes of filing this stipulation.

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FEDERAL DEFENDANT TO FILE RESPONSIVE PLEADING AND OR ANSWER -CV 10-4634 RS

[~~PROPOSED~~] **ORDER**

Pursuant to the stipulation of the parties, the Federal Defendant shall have until December 15, 2010 to file and serve a responsive pleading and or answer.

IT IS SO ORDERED

Dated: 11/10/10

_____
RICHARD SEEBORG
United States District Court Judge

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME FOR FEDERAL DEFENDANT TO FILE RESPONSIVE PLEADING AND OR ANSWER -CV 10-4634 RS