```
MELINDA HAAG (CABN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELISSA K. B. SLADDEN (CSBN 203307)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6962
    FAX: (415) 436-6748
    melissa.k.brown@usdoj.gov
```

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS KENNEDY HELM IV, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> ) | No. CV 10-4634 RS <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FEDERAL DEFENDANT TO FILE A RESPONSIVE PLEADING AND/OR ANSWER** |

      The plaintiff, Thomas Kennedy Helm IV, ("Plaintiff") and the federal defendant United States Department of Labor ("Federal Defendant")[1] by and through their counsel stipulate to the following:

      WHEREAS, Plaintiff has filed this action pursuant to the Freedom of Information Act, Title 5 U.S.C. § 552 *et seq*. ("FOIA"), seeking the disclosure of records;

      WHEREAS, the Federal Defendant's responsive pleading is currently due on December 15, 2010;

      WHEREAS, the Federal Defendant has begun the rolling production of some of the records requested by Plaintiff consistent with FOIA;

      WHEREAS, the Federal Defendant seeks additional time to prepare a responsive

---

[1] The Federal Defendant is specially appearing for the purposes of filing this stipulation.

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FEDERAL DEFENDANT TO FILE RESPONSIVE PLEADING AND OR ANSWER -CV 10-4634 RS

1  pleading and or answer;
2      WHEREAS, the initial case management conference in this matter is currently scheduled
3  for January 27, 2011 at 10:00 a.m.;
4      WHEREAS, the parties would like to continue the case management conference to
5  February 10, 2011, in part, to allow the Plaintiff to review of documents produced by the
6  Defendant;
7      ACCORDINGLY, the parties agree and stipulate and request as follows:
8      The parties agree that the Federal Defendant shall have until January 18, 2011 to file a
9  responsive pleading in this action.
10     The parties respectfully request that the initial case management conference in this matter
11 be continued from January 27, 2011 to February 10, 2011 at 10:00 a.m.
12     So Stipulated.
13
14 DATED: December 10, 2010                 Respectfully submitted,
15                                       MELINDA HAAG
16                                       United States Attorney
17                                       /s/ Melissa Sladden
                                      _____
18                                       MELISSA BROWN SLADDEN
                                      Assistant United States Attorney
19 DATED: December 10, 2010
20                                       MOIRA DUVERNAY
                                      Law Offices of Amitai Schwartz
21
22                                       /s/ Moira Duvernay
                                      _____
23                                       MOIRA DUVERNAY
                                      Attorney for the Plaintiff
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FEDERAL DEFENDANT TO FILE
RESPONSIVE PLEADING AND OR ANSWER -CV 10-4634 RS

|  |  |
|---|---|
| 1 | **[PROPOSED] ORDER** |

Pursuant to the stipulation of the parties, the Federal Defendant shall have until January 18, 2011 to file and serve a responsive pleading and or answer. The initial case management conference in this matter is continued from January 27, 2011 to February 10, 2011 at 10:00 a.m.

IT IS SO ORDERED

Dated: 12/13/10

RICHARD SEEBORG
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FEDERAL DEFENDANT TO FILE RESPONSIVE PLEADING AND OR ANSWER -CV 10-4634 RS