MELINDA HAAG (CABN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELISSA K. B. SLADDEN (CSBN 203307)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6962
   FAX: (415) 436-6748
   melissa.k.brown@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| THOMAS KENNEDY HELM IV, | ) | No. CV 10-4634 RS |
| Plaintiff, | ) ) ) | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FEDERAL DEFENDANT TO FILE A RESPONSIVE PLEADING AND/OR ANSWER** |
| v. | ) ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) | |

     The plaintiff, Thomas Kennedy Helm IV, ("Plaintiff") and the federal defendant United States Department of Labor ("Federal Defendant")[1] by and through their counsel stipulate to the following:

     WHEREAS, Plaintiff has filed this action pursuant to the Freedom of Information Act, Title 5 U.S.C. § 552 *et seq*. ("FOIA"), seeking the disclosure of records;

     WHEREAS, the Federal Defendant's responsive pleading is currently due on January 18, 2011;

     WHEREAS, the Federal Defendant continues the rolling production of the records requested by Plaintiff consistent with FOIA;

     WHEREAS, the Federal Defendant seeks additional time to prepare a responsive

---

[1] The Federal Defendant is specially appearing for the purposes of filing this stipulation.

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FEDERAL DEFENDANT TO FILE
RESPONSIVE PLEADING AND OR ANSWER -CV 10-4634 RS

1  pleading and or answer;
2      ACCORDINGLY, the parties agree and stipulate and request as follows:
3      The parties agree that the Federal Defendant shall have until February 4, 2011 to file a
4  responsive pleading in this action.
5     So Stipulated.
6
7  DATED: January 13, 2011                          Respectfully submitted,
8                                               MELINDA HAAG
                                                United States Attorney
9
10                                                /s/ Melissa Sladden
                                                _____
11                                              MELISSA BROWN SLADDEN
                                                Assistant United States Attorney
12 DATED: January 13, 2011
13                                              MOIRA DUVERNAY
                                                Law Offices of Amitai Schwartz
14
15                                              /s/ Moira Duvernay
                                                _____
16                                              MOIRA DUVERNAY
                                                Attorney for the Plaintiff
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FEDERAL DEFENDANT TO FILE
RESPONSIVE PLEADING AND OR ANSWER -CV 10-4634 RS

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, the Federal Defendant shall have until February 4, 2011 to file and serve a responsive pleading and or answer.

IT IS SO ORDERED

Dated: 1/13/11                                    _____

RICHARD SEEBORG
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FEDERAL DEFENDANT TO FILE RESPONSIVE PLEADING AND OR ANSWER -CV 10-4634 RS