1   MELINDA HAAG (CABN 132612)
    United States Attorney
2   JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
3   MELISSA K. B. SLADDEN (CSBN 203307)
    Assistant United States Attorney
4       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
5       Telephone: (415) 436-6962
        FAX: (415) 436-6748
6       melissa.sladden@usdoj.gov

7   Attorneys for Defendant

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11

12  THOMAS KENNEDY HELM IV,            )    No. CV 10-4634 RS
                                       )
13          Plaintiff,                 )    **JOINT CASE MANAGEMENT
                                       )    STATEMENT AND [~~PROPOSED~~]
14      v.                             )    ORDER**
                                       )
15  UNITED STATES OF AMERICA,          )    Date: February 10, 2011
                                       )    Time: 10:00 a.m.
16          Defendant.                 )
                                       )
17  _____)

18

19

20

21

22

23

24

25

26

27

28

JOINT CASE MANAGEMENT STATEMENT AND [~~PROPOSED~~] ORDER
CV 10-4634 RS

1. **Jurisdiction and Service**: The parties are not currently aware of any issues concerning personal jurisdiction, venue, or service.  Plaintiff, Thomas Kennedy Helm IV, ("Plaintiff") brought this action under the Freedom of Information Act, 5 U.S.C. § 552.  The Federal Defendant seeks an extension of time to file a responsive pleading and or answer through February 18, 2011; the Plaintiff does not object to this request.

2. **Facts**: On or about, December 18, 2009, Plaintiff, submitted a request to the defendant, United States Department of Labor - Office of Labor Management Standards ("OLMS") pursuant to the Freedom of Information Act, 5 U.S.C. § 552 et seq ("FOIA") seeking the production of records pertaining to the trusteeship imposed by the Service Employees International Union's (SEIU) on or about January 27, 2009 over the California based United Healthcare Workers-West (UHW-W).  Plaintiff, a law student, requested the records in order to prepare a law review article.  Plaintiff's request sought six categories of documents.

**Plaintiff's Factual Assertions**

The Defendant OLMS initially acknowledged Plaintiff's request on March 8, 2010. Between March 8, 2010 and March 24, 2010, the parties engaged in communication regarding the scope and timeliness of the production of documents responsive to Plaintiff's request. Defendant OLMS indicated the first batch of documents would be released to Plaintiff by June 15, 2010.

On July 23, 2010, Plaintiff's counsel wrote the OLMS FOIA Coordinator explaining Plaintiff had yet to receive any documents and repeating Plaintiff's request for records.  Between August 3, 2010 and August 26, 2010, Plaintiff's counsel communicated with Defendant OLMS via telephone and email regarding the outstanding request.  On October 14, 2010, contending he had not received the requested records, Plaintiff filed this action.

On December 3, 2010, Defendant OLMS provided an initial response to Plaintiff's FOIA request informing Plaintiff it had identified 5,238 responsive documents, including approximately 700 pages of duplicates.  It provided Plaintiff with 487 pages of documents responsive to his request.  It explained 3,751 pages of the responsive documents were subject to Exemption 4 of FOIA, which required OLMS to notify the union prior to the release of such

JOINT CASE MANAGEMENT STATEMENT AND [~~PROPOSED~~] ORDER
CV 10-4634 RS

1   materials and engage in a waiting period before production.  On January 13, 2011, Defendant

2   OLMS sent a second response to Plaintiff that included 3,751 pages of documents responsive to

3   Plaintiff's request.

4        On February 1, 2010, Plaintiff received a third response from OLMS that included 279

5   pages within the scope of Plaintiff's FOIA request with redactions made pursuant to FOIA

6   Exemptions 2, 5, 6, 7(C), and 7(D).  Plaintiff is currently reviewing the latest disclosures from

7   Defendant OLMS.  He has asked for further information from Defendant OLMS regarding other

8   records specifically requested in his original FOIA request that he contends are missing from the

9   disclosed documents.

10  **Defendant's Factual Assertions**

11       The Defendant OLMS initially acknowledged Plaintiff's request on March 8, 2010.

12  Between March 8, 2010 and August 26, 2010, the parties engaged in communication regarding

13  the scope and timeliness of the production of documents responsive to Plaintiff's request.  This

14  action arose because it is Plaintiff's position that the Defendant did not produce documents in a

15  timely manner.  The Defendant OLMS has produced approximately 4200 pages of documents.

16  Approximately, 3700 pages of documents requested were subject to Exemption 4 of FOIA,

17  which required OLMS to notify the union prior to the release of such materials and engage in a

18  waiting period before production.  Defendant OLMS has nearly completed its production of

19  documents responsive to Plaintiff's request.  The Defendant has not withheld any documents, but

20  has redacted material pursuant to FOIA.

21       3.  **Legal Issues**: OLMS has disclosed most of the records requested by Plaintiff in his

22  December 18, 2009 FOIA request.  The parties continue to communicate regarding the remainder

23  of undisclosed records and Plaintiff's concerns about the withholding of additional documents.

24  The parties believe they will resolve these outstanding questions and that any legal issues soon

25  will be moot.

26       4.  **Motions**: The parties do not believe that any motions will be necessary to resolve the

27  merits of the case.  Plaintiff will bring a motion for attorneys' fees and expenses, if the parties are

28  unable to resolve plaintiff's claim for fees and expenses.

JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER
CV 10-4634 RS

5. **Amendment of Pleadings**: The Plaintiff does not presently intend to amend the pleadings.  The Federal Defendant does not anticipate any amendments.

6. **Evidence Preservation:** Because the requested records are being produced, defendant does not believe that any evidence preservation is necessary.   Plaintiff believes that defendant is obligated to preserve evidence pertaining to the December 18, 2009 Request until this case is finally resolved.

7. **Disclosures:** Because of the nature of this case, and because defendant has produced or will produce the records requested by plaintiff, defendant believes that initial disclosures pursuant to Rule 26(a) are unnecessary in this case.   The parties agree to postpone the due date for any initial disclosures through March 18, 2011.

8. **Discovery:** Defendant contends that discovery is not necessary or appropriate in this FOIA case.  Plaintiff agrees that the discovery process is generally not utilized in FOIA cases such as this, but it reserves the right to seek discovery under one of the judicially recognized exceptions to this doctrine if circumstances require.

9. **Class Actions:** Not applicable.

10. **Related Cases:** None.

11. **Relief:** Plaintiff seeks an order requiring defendant to provide plaintiff with all of the information sought in the action.  However, both parties anticipate that this request will become moot due to defendant's recent and upcoming disclosures.   Plaintiff will seek attorney's fees and expenses after the case has been resolved.

12. **Settlement and ADR:** Because the parties believe that the response to the underlying FOIA request will soon be completed, the parties request to be exempted from formal ADR at this time.

13. **Consent to Magistrate Judge for All Purposes:** The parties have not consented to assignment of this case to a United States Magistrate Judge.

14. **Other References**: None.

15. **Narrowing of Issues**: None.

16. **Expedited Schedule:** The parties believe that this case will soon be resolved.

1   However, if Court resolution is necessary, this case can be solved through motions for summary

2   judgment.

3       17.  **Scheduling:** The parties suggest that the Court continue the case management

4   conference until March 10, 2011.  If the case has not been resolved and dismissed by that time,

5   the parties and the Court can discuss any remaining action that should be taken.  A stipulation

6   and proposed order seeking this continuance will be filed with this case management conference

7   statement.

8       18.  **Trial:** If not promptly settled, this case can be decided on motion; no trial will be

9   necessary.

10      19.  **Disclosure of Non-party Interested Entities or Persons:** The disclosure

11  requirement in Civil L. R. 3-16 does not apply to governmental entities.

12      20.  **Other Matters**:  Such other matters as may facilitate the just, speedy and

13  inexpensive disposition of this matter: The parties do not believe that there are any other matters

14  relevant to the just, speedy and inexpensive disposition of this matter ripe for the Court's

15  consideration.

16

17  DATED: February 2, 2011                    Respectfully submitted,

18                                             MELINDA HAAG
19                                             United States Attorney
                                                    /s/ Melissa Sladden
20                                             _____
                                               MELISSA BROWN SLADDEN
21                                             Assistant United States Attorney

22  DATED: February 2, 2011

23                                             MOIRA DUVERNAY
                                               Law Offices of Amitai Schwartz
24                                                  /s/ Moira Duvernay
                                               _____
25                                             MOIRA DUVERNAY
                                               Attorney for the Plaintiff

26

27

28

**[PROPOSED] ORDER**

Pursuant to the request of the parties, the Federal Defendant shall have until February 18, 2011 to file and serve a responsive pleading and or answer.  The initial case management conference in this matter is continued from  February 10, 2011 at 10:00 a.m to March 10, 2011 at 10:00 a.m.


IT IS SO ORDERED

Dated: __2/4/11_____                    _____

                                             RICHARD SEEBORG
                                             United States District Court Judge