1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELISSA K. B. SLADDEN (CSBN 203307)
   Assistant United States Attorney
4      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
5      Telephone: (415) 436-6962
       FAX: (415) 436-6748
6      melissa.sladden@usdoj.gov

7  Attorneys for Defendant

8
                    UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11

12  THOMAS KENNEDY HELM IV,          )    No. CV 10-4634 RS
                                     )
13          Plaintiff,               )    STIPULATION FOR DISMISSAL AND
                                     )    [PROPOSED] ORDER VACATING CASE
14      v.                           )    MANAGEMENT CONFERENCE AND
                                     )    RESERVING RESOLUTION OF
15  UNITED STATES OF AMERICA,        )    ATTORNEYS' FEES AND EXPENSES
                                     )
16          Defendant.               )
                                     )
17  _____  )

18

19

20

21

22

23

24

25

26

27

28

1

2    TO THE HONORABLE RICHARD SEEBORG, UNITED STATES DISTRICT JUDGE,

3  AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

4    1.    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, counsel for

5  Plaintiff, Thomas Kennedy Helm IV, and counsel for Defendant United States Department of

6  Labor hereby stipulate to the dismissal of this action with prejudice.

7    2.    The parties request that the Case Management Conference set for March 10, 2011,

8  be vacated.

9    3.    The parties agree that nothing in this stipulation shall waive plaintiff's right to bring

10  a motion for attorney's fees and expenses. The parties stipulate that plaintiff may bring a motion

11  for attorneys' fees and expenses within 45 days of the entry of dismissal, if necessary.    However,

12  nothing in this stipulation shall be interpreted to mean that plaintiff is entitled to an award of fees

13  and expenses or that plaintiff is not entitled to an award of attorney's fees and expenses.

14

15  DATED: February 17, 2011                Respectfully submitted,

16                                          MELINDA HAAG
                                            United States Attorney
17
18                                               /s/ Melissa Sladden
                                            _____
19                                          MELISSA BROWN SLADDEN
                                            Assistant United States Attorney
20  DATED: February 17, 2011

21                                          AMITAI SCHWARTZ
                                            Law Offices of Amitai Schwartz
22
23                                          /s/ Amitai Schwartz
                                            _____
24                                          AMITAI SCHWARTZ
                                            Attorney for the Plaintiff

25

26

27

28

[STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER VACATING CASE MANAGEMENT
CONFERENCE AND RESERVING RESOLUTION OF ATTORNEYS FEES AND EXPENSES]
CV 10-4634 RS

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties, this action is dismissed with prejudice.  The initial case management conference in this matter set for March 10, 2011 is vacated.  The plaintiff may bring a motion for attorneys' fees and expenses within 45 days of the entry of dismissal, if necessary.


IT IS SO ORDERED


Dated: _2/18/11_____

_____

RICHARD SEEBORG
United States District Court Judge

[STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER VACATING CASE MANAGEMENT
CONFERENCE AND RESERVING RESOLUTION OF ATTORNEYS FEES AND EXPENSES]
CV 10-4634 RS